## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Samantha Butler, et al.
                     Plaintiff,

v.                                                  Case No.: 1:21−cv−00659
                                                  Honorable Mary M. Rowland

Superior Towing, Inc.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 20, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Hearing held on Joint Motion for Approval of Settlement Agreement and Release [35]. For the reasons stated on the record, Parties' Joint Motion is granted. The court finds the terms are fair and reasonable and approves the settlement. Enter Approval Order and Final Judgment. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.